UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 18- 12294 SLM |
| JAMIE SPRAGUE | Chapter: | 7 |
| | Judge: | Stacey L. Meisel |

### NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:    U.S. Bankruptcy Court
> 50 Walnut Street
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on April 17, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:   303 Santa Fe Trail, Hopatcong, NJ
> Valued at about $135,000
> Less about 10% costs of sale

> Liens on property:  $114,165

> Amount of equity claimed as exempt:   $7,335

Objections must be served on, and requests for additional information directed to:

Name:         /s/ Steven P. Kartzman

Address:      101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone No.: (973) 267-0220

```
United States Bankruptcy Court
        District of New Jersey
```

In re:                                                              Case No. 18-12294-SLM
JAMIE SPRAGUE                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Mar 19, 2018
                               Form ID: pdf905          Total Noticed: 44

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db             JAMIE SPRAGUE,    303 SANTA FE TRAIL,    HOPATCONG, NJ   07849
517318209     +BARCLAYS BANK DELAWARE,    PO BOX 8803,    WILMINGTON, DE 19899-8803
517318210      BARNES & NOBLE,    PO BOX 13337,   Philadelphia, PA 19101-3337
517318212    ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: CAPITAL ONE,    15000 CAPITAL ONE DRIVE,    RICHMOND, VA 23238)
517318213      CAPITAL ONE BANK USA NA,    PO BOX 6492,    Carol Stream, IL 60197-6492
517318216     +CBNA,   PO BOX 6497,    SIOUX FALLS, SD 57117-6497
517318217      CITI CARDS,    PO BOX 9001037,   Louisville, KY 40290-1037
517318218     +CITI CARDS,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
517318219     +COMENITY VICTORIAS SECRET,    PO BOX 182789,    COLUMBUS, OH 43218-2789
517318225     +FAUSTO VELECELA GUAMAN,    339 VALLEY RD 2,    WEST ORANGE, NJ 07052-5350
517318223     +FAUSTO VELECELA GUAMAN,    339 VALLEY RD2,    WEST ORANGE, NJ 07052-5350
517318222     +FAUSTO VELECELA GUAMAN,    339 VALLLEY RD2,    WEST ORANGE, NJ 07052-5350
517318224     +FAUSTO VELECELA GUAMAN,    329 VALLEY RD 2,    WEST ORANGE, NJ 07052-5302
517318221     +FAUSTO VELECELA GUAMAN,    329 VALLEY RD2,    WEST ORANGE, NJ 07052-5302
517318226      FULTON BANK OF NJ,    PO BOX 790408,    Saint Louis, MO 63179-0408
517318227      HOME DEPOT CREDIT SERVICES,    DEPT. 32-2190696199,     PO BOX 9001030,
                LOUISVILLE, KY 40290-1030
517318228     +HOME DEPOT PROJECT LOAN,    PO BOX 29429,    Atlanta, GA 30359-0429
517318229     +HOME POINT FINANCIAL,    1194 OAK VALLED DRIVE,    Ann Arbor, MI 48108-8942
517318232     +REGIONS BANK, ALABAM BANKING CORP,     PO BOX 29429,    Atlanta, GA 30359-0429
517318233     +REGIONS BK/GREENSKY CR,    1797 NORTHEAST EXPY NE,     BROOKHAVEN, GA 30329-7803
517318234      SMAC,   PO BOX 2092,    Memphis, TN 38101-2092
517318235      STATE OF NJ DEPARTMENT OF PENSIONS,     PO BOX295,    TRENTON, NJ 08625-0295
517318236     +STATE OF NJ DEPARTMENT OF THE TREASURY,     CN 002,    TRENTON, NJ 08625-0002
517318242      SYNCHRONY BANK,    PO BOX 105972,   Atlanta, GA 30348-5972
517318244     +TD BANKUSA/TARGET CREDIT,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
517318246     +TOYOTA MOTOR CREDIT,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
517318220    ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: ELAN FINANCIAL SERVICES,     PO BOX 108,    SAINT LOUIS, MO 63166)
517318251     +VELECELAS CONSTRUCTION,    C/O FAUSTO VELECELA GUAMAN,     329 VALLEY RD 2,
                WEST ORANGE, NJ 07052-5302
517318252     +VERIZON,   PO BOX 4003,    Acworth, GA 30101-9004
517318253      VERIZON WIRELESS,    PO BOX 6500051,    DALLAS, TX 75265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 22:51:21      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 22:51:20      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:24
                Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
517318215      E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:35      CARECREDIT,    PO BOX 960061-0061,
                ORLANDO, FL 32896-0061
517318230      E-mail/Text: cio.bncmail@irs.gov Mar 19 2018 22:51:12      INTERNAL REVENUE SERVICE,
                PO. BOX 7346,   PHILADELPHIA, PA 19101-7346
517318231      E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:35      QCARD/SYNCHRONY BANK,
                PO BOX 530905,    Atlanta, GA 30353-0905
517318237     +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:35      SYNCB/AMAZON,    PO BOX 965015,
                ORLANDO, FL 32896-5015
517318238     +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:24      SYNCB/CARE CREDIT,
                950 FORRER BLVD,    KETTERING, OH 45420-1469
517318239     +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:35      SYNCB/QVC,    PO BOX 965018,
                ORLANDO, FL 32896-5018
517318240     +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:47      SYNCB/TJX COS,    PO BOX 965005,
                ORLANDO, FL 32896-5005
517318241     +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:35      SYNCB/WALMART,    PO BOX 965024,
                ORLANDO, FL 32896-5024
517318243      E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:47      SYNCHRONY BANK/AMAZON,
                PO BOX 960013,    Orlando, FL 32896-0013
517319533     +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:35      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517318245      E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 22:53:47      TJX REWARDS/SYNCB,
                PO BOX 530948,    Atlanta, GA 30353-0948
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Mar 19, 2018
                              Form ID: pdf905            Total Noticed: 44

517318211*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   CAPITAL ONE,     15000 CAPTIALONE DRIVE,    RICHMOND, VA 23238)
517318214*      CAPITAL ONE BANK USA NA,    PO BOX 6492,    Carol Stream, IL 60197-6492
517318247*     +TOYOTA MOTOR CREDIT,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
517318248*     +TOYOTA MOTOR CREDIT CO,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
517318249*     +TOYOTA MOTOR CREDIT CO,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
517318250*     +TOYOTA MOTOR CREDIT CO,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
                                                                                          TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Thomas M. Brady, Jr.    on behalf of Debtor JAMIE   SPRAGUE tbradylaw@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```