**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | JAMIE SPRAGUE | Social Security number or ITIN   xxx–xx–6322 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–12294–SLM | |

# Order of Discharge                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

JAMIE SPRAGUE

5/11/18                                                              **By the court:**   Stacey L. Meisel
                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                            Case No. 18-12294-SLM
JAMIE SPRAGUE                                                     Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2         Date Rcvd: May 11, 2018
                              Form ID: 318                Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2018.
db             JAMIE SPRAGUE,    303 SANTA FE TRAIL,    HOPATCONG, NJ   07849
517318216     +CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
517318217      CITI CARDS,    PO BOX 9001037,    Louisville, KY 40290-1037
517318225     +FAUSTO VELECELA GUAMAN,     339 VALLEY RD 2,    WEST ORANGE, NJ 07052-5350
517318223     +FAUSTO VELECELA GUAMAN,     339 VALLEY RD2,    WEST ORANGE, NJ 07052-5350
517318222     +FAUSTO VELECELA GUAMAN,     339 VALLLEY  RD2,   WEST ORANGE, NJ 07052-5350
517318224     +FAUSTO VELECELA GUAMAN,     329 VALLEY RD 2,    WEST ORANGE, NJ 07052-5302
517318221     +FAUSTO VELECELA GUAMAN,     329 VALLEY RD 2,    WEST ORANGE, NJ 07052-5302
517318226      FULTON BANK OF NJ,     PO BOX 790408,    Saint Louis, MO 63179-0408
517318227      HOME DEPOT CREDIT SERVICES,     DEPT. 32-2190696199,    PO BOX 9001030,
                 LOUISVILLE, KY 40290-1030
517318228     +HOME DEPOT PROJECT LOAN,     PO BOX 29429,    Atlanta, GA 30359-0429
517318229     +HOME POINT FINANCIAL,     1194 OAK VALLED DRIVE,    Ann Arbor, MI 48108-8942
517318232     +REGIONS BANK, ALABAM BANKING CORP,      PO BOX 29429,    Atlanta, GA 30359-0429
517318233     +REGIONS BK/GREENSKY CR,     1797 NORTHEAST EXPY NE,    BROOKHAVEN, GA 30329-7803
517318234      SMAC,    PO BOX 2092,    Memphis, TN 38101-2092
517318235      STATE OF NJ DEPARTMENT OF PENSIONS,      PO BOX295,    TRENTON, NJ 08625-0295
517318236     +STATE OF NJ DEPARTMENT OF THE TREASURY,      CN 002,    TRENTON, NJ 08625-0002
517318251     +VELECELAS CONSTRUCTION,     C/O FAUSTO VELECELA GUAMAN,     329 VALLEY RD 2,
                 WEST ORANGE, NJ 07052-5302
517318253      VERIZON WIRELESS,    PO BOX 6500051,    DALLAS, TX 75265

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 11 2018 23:56:09      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2018 23:56:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr            +EDI: RMSC.COM May 12 2018 03:34:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
cr            +EDI: BL-TOYOTA.COM May 12 2018 03:34:00      Toyota Motor Credit Corporation,
                 Attn Becket & Lee, LLP,    PO Box 3001 Dept.,    Malvern, PA 19355-0701
517318209     +EDI: TSYS2.COM May 12 2018 03:34:00      BARCLAYS BANK DELAWARE,    PO BOX 8803,
                 WILMINGTON, DE 19899-8803
517318210      EDI: TSYS2.COM May 12 2018 03:34:00      BARNES & NOBLE,    PO BOX 13337,
                 Philadelphia, PA 19101-3337
517318212     +EDI: CAPITALONE.COM May 12 2018 03:34:00      CAPITAL ONE,    15000 CAPITAL ONE DRIVE,
                 RICHMOND, VA 23238
517318211     +EDI: CAPITALONE.COM May 12 2018 03:34:00      CAPITAL ONE,    15000 CAPTIALONE DRIVE,
                 RICHMOND, VA 23238
517318213      EDI: CAPITALONE.COM May 12 2018 03:34:00      CAPITAL ONE BANK USA NA,    PO BOX 6492,
                 Carol Stream, IL 60197-6492
517318215      EDI: RMSC.COM May 12 2018 03:34:00      CARECREDIT,    PO BOX 960061-0061,
                 ORLANDO, FL 32896-0061
517318218     +EDI: CITICORP.COM May 12 2018 03:34:00      CITI CARDS,    PO BOX 6241,
                 SIOUX FALLS, SD 57117-6241
517318219     +EDI: WFNNB.COM May 12 2018 03:34:00      COMENITY VICTORIAS SECRET,    PO BOX 182789,
                 COLUMBUS, OH 43218-2789
517318230      EDI: IRS.COM May 12 2018 03:34:00      INTERNAL REVENUE SERVICE,    PO. BOX 7346,
                 PHILADELPHIA, PA 19101-7346
517318231      EDI: RMSC.COM May 12 2018 03:34:00      QCARD/SYNCHRONY BANK,    PO BOX 530905,
                 Atlanta, GA 30353-0905
517318237     +EDI: RMSC.COM May 12 2018 03:34:00      SYNCB/AMAZON,    PO BOX 965015,    ORLANDO, FL 32896-5015
517318238     +EDI: RMSC.COM May 12 2018 03:34:00      SYNCB/CARE CREDIT,    950 FORRER BLVD,
                 KETTERING, OH 45420-1469
517318239     +EDI: RMSC.COM May 12 2018 03:34:00      SYNCB/QVC,    PO BOX 965018,    ORLANDO, FL 32896-5018
517318240     +EDI: RMSC.COM May 12 2018 03:34:00      SYNCB/TJX COS,    PO BOX 965005,    ORLANDO, FL 32896-5005
517318241     +EDI: RMSC.COM May 12 2018 03:34:00      SYNCB/WALMART,    PO BOX 965024,    ORLANDO, FL 32896-5024
517318242      EDI: RMSC.COM May 12 2018 03:34:00      SYNCHRONY BANK,    PO BOX 105972,
                 Atlanta, GA 30348-5972
517318243      EDI: RMSC.COM May 12 2018 03:34:00      SYNCHRONY BANK/AMAZON,    PO BOX 960013,
                 Orlando, FL 32896-0013
517319533     +EDI: RMSC.COM May 12 2018 03:34:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517318244     +EDI: WTRRNBANK.COM May 12 2018 03:34:00      TD BANKUSA/TARGET CREDIT,    PO BOX 673,
                 MINNEAPOLIS, MN 55440-0673
517318245      EDI: RMSC.COM May 12 2018 03:34:00      TJX REWARDS/SYNCB,    PO BOX 530948,
                 Atlanta, GA 30353-0948
517318246     +EDI: TFSR.COM May 12 2018 03:33:00      TOYOTA MOTOR CREDIT,    PO BOX 9786,
                 CEDAR RAPIDS, IA 52409-0004
517446692      EDI: BL-TOYOTA.COM May 12 2018 03:34:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517318220      EDI: USBANKARS.COM May 12 2018 03:33:00      ELAN FINANCIAL SERVICES,    PO BOX 108,
                 SAINT LOUIS, MO 63166
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: May 11, 2018
                              Form ID: 318             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517318252      +EDI: VERIZONCOMB.COM May 12 2018 03:35:00      VERIZON,    PO BOX 4003,    Acworth, GA 30101-9004
                                                                                                   TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517318214*       CAPITAL ONE BANK USA NA,    PO BOX 6492,    Carol Stream, IL 60197-6492
517318247*      +TOYOTA MOTOR CREDIT,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
517318248*      +TOYOTA MOTOR CREDIT CO,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
517318249*      +TOYOTA MOTOR CREDIT CO,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
517318250*      +TOYOTA MOTOR CREDIT CO,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
                                                                                       TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Thomas M. Brady, Jr.    on behalf of Debtor JAMIE  SPRAGUE tbradylaw@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```