Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  18–12294–SLM
                        Chapter:  7
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   JAMIE SPRAGUE
   303 SANTA FE TRAIL
   HOPATCONG, NJ 07849

Social Security No.:
   xxx–xx–6322

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Steven P. Kartzman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 15, 2018</u>               <u>Stacey L. Meisel</u>
                                        Judge, United States Bankruptcy Court